```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 22537
    CHRISTIAN FENNER
                                            CHAPTER 13

                                            JUDGE: A BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-5741


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/14/2004 and was confirmed 08/03/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/12/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
HOMEQ SERVICING CORP       CURRENT MORTG   33731.85           .00       33731.85
HOUSEHOLD FINANCE CORPOR   SECURED NOT I   96697.64           .00            .00
HOUSEHOLD MORTGAGE SERVI   NOTICE ONLY    NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSEC W/INTER    3215.00        290.81        3215.00
ECAST SETTLEMENT CORP      UNSEC W/INTER     947.59         78.98         947.59
CAPITAL ONE BANK           FILED LATE        504.30           .00            .00
CAPITAL ONE SERVICES       NOTICE ONLY    NOT FILED           .00            .00
CHASE FREEDOM              UNSEC W/INTER  NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     622.06         52.09         622.06
PREMIER BANCARD CHARTER    UNSEC W/INTER     375.61         32.05         375.61
HARRIS BANK                UNSEC W/INTER  NOT FILED           .00            .00
HOUSEHOLD BANK             UNSEC W/INTER  NOT FILED           .00            .00
HOUSEHOLD BANK             UNSEC W/INTER  NOT FILED           .00            .00
ILLINOIS DEPT OF HUMAN S   UNSEC W/INTER     436.00         43.73         436.00
JC PENNEY                  UNSEC W/INTER  NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     790.63         66.43         790.63
HOMEQ SERVICING CORP       SECURED NOT I     761.31           .00            .00
ECAST SETTLEMENT CORP      UNSECURED        1285.99         99.18        1285.99
HOUSEHOLD FINANCE CORPOR   SECURED NOT I    4047.15           .00            .00
LEDFORD & WU               DEBTOR ATTY     2,732.30                     2,732.30
TOM VAUGHN                 TRUSTEE                                      2,522.96
DEBTOR REFUND              REFUND                                       3,849.86

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             51,173.12

PRIORITY                                    .00
SECURED                               33,731.85
UNSECURED                              7,672.88

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 22537 CHRISTIAN FENNER
```

```
     INTEREST                                              663.27
ADMINISTRATIVE                                           2,732.30
TRUSTEE COMPENSATION                                     2,522.96
DEBTOR REFUND                                            3,849.86
                                    ----------------   ----------------
TOTALS                                   51,173.12          51,173.12
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 04/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```